UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:05-CR-80 PS |
| | ) | |
| JIMMIE CONLEY | ) | |

## OPINION AND ORDER

This matter is before the Court on Attorney Kerry C. Connor's Motion to Withdraw as Counsel [Doc. 59]. Atty. Connor's motion is **GRANTED**. This matter is currently set for sentencing on July 13, 2006. That sentencing date is hereby **VACATED**. The Magistrate Judge is requested to appoint new counsel to Defendant Jimmie Conley from the CJA panel and new counsel is directed to contact the Court within 5 days of his/her appointment to schedule a new sentencing date.

**SO ORDERED.**

ENTERED: July 6, 2006

                                               s/ Philip P. Simon
                                               PHILIP P. SIMON, JUDGE
                                               UNITED STATES DISTRICT COURT